In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00112-CR


______________________________




ALTHEA NANETTE JORDAN, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 76th Judicial District Court


Camp County, Texas


Trial Court No. CF-01-7253




 




Before Cornelius, C.J., Grant and Ross, JJ.


Opinion by Justice Ross



O P I N I O N



 Althea Nanette Jordan was convicted in a single trial for two separately indicted offenses of
delivery of a controlled substance. The causes have been appealed separately, but briefed together. 

 Since the briefs and arguments raised therein are identical in both appeals, for the reasons
stated in Jordan v. State, No. 6-01-00113-CR, we likewise resolve the issues in this appeal in favor
of the State.

 The judgment of the trial court is affirmed.



 Donald R. Ross

 Justice


Date Submitted: April 16, 2002

Date Decided: April 17, 2002


Do Not Publish



retion by refusing to conduct hearing and render decision on motion); Chiles v.
Schuble, 788 S.W.2d 205, 207 (Tex. App.-Houston [14th Dist.] 1990, orig. proceeding) (finding
mandamus appropriate to require trial court to hold hearing and exercise discretion).

 We have received documentation reflecting the court has now ruled on Logan's motion. 
Accordingly, Logan has received all the relief requested. The petition is therefore moot.

 The petition is dismissed as moot.


 

 Jack Carter

 Justice

Date Submitted: February 10, 2003

Date Decided: February 11, 2003